455 A.2d 1239

Reverend King, et al., Appellants v. Hope, et al.

Reargument Denied March 2, 1983.

Petition for Allowance of Appeal
Denied May 20, 1983.

Argued December 9, 1981.   Roland J. Atkins, for appellants;  Corin Greaves, for appellees.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

Order affirmed.

454 A.2d 175

Martz v. Mechanicsville Fish & Game Assoc., Appellant.

Argued September 29, 1982.   Chester C. Corse, Jr., for appellant;  Joseph A. Zane, for appellee.

Before SPAETH, WICKERSHAM and CIRILLO, JJ.

The order of the lower court is affirmed.